## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Monica Cruz

Plaintiff,

v.                                                    Case No.: 1:10–cv–05653
                                                      Honorable Joan H. Lefkow

Primary Staffing, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2012:

    MINUTE entry before Honorable Morton DenlowMotion hearing held on 1/18/2012. Status hearing set for 1/31/2012 is stricken and reset to 4/5/2012 at 10:00 A.M. Plaintiff's motion to compel responses to interrogatories and to requests to inspect premises and documents is granted. Plaintiff's motion is granted with respect to the motion to compel responses to interrogatories and document request [41]. Defendants' responses are to be filed by 1/20/2012. Plaintiff's motion to overrule objections to requests for admissions, and to deem various facts admitted [41] is withdrawn without prejudice. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.